4.209 51

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RECEIVED
01 OCT 18 PM 2:05
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 01-1459 DSD/JM

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Peter J. Goss, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Kelly Sultzbach, an attorney admitted to practice in the U.S. District Courts for the Southern and Northern Districts of Ohio, but not admitted to the bar of this court, who will be counsel for the Defendant Senco Products, Inc. in the cause listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

10 October 2001
(Date)

(Signature)

Minnesota Attorney
License Number: 267910

Law Firm: Faegre & Benson, LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402
Telephone: (612) 766-8081

Affidavit of Proposed Admittee

I, Kelly Sultzbach, am currently a member in good standing of the U.S. District Courts for the Southern and Northern Districts of Ohio, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-1459 DSD/JMM Judge Assigned: Hon. David S. Doty/Hon. John M. Mason
Case Title: Donald (Chip) M. Palmateer, Jr. and Karen D. Palmateer, Husband and Wife, v. Senco Products, Inc.

10/15/01
(Date)

Kelly Sultzbach
(Type/Print Name)

(Signature)

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
(Social Security No.)

OH 0069816
(Atty. License No.)

10/98
(Date of Admission)

Law Firm: Frost Brown Todd LLC
Suite/Bldg: 2200 PNC Center
Street Address: 201 East Fifth Street
City, State Zip: Cincinnati, OH 45202-4182
Telephone: 513-651-6800

Motion Granted, Richard D. Sletten /s/
For the Court, Richard D. Sletten, Clerk

OCT 19 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED OCT 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________