423955

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 01-1459 JEL/~~AJB~~ JGL

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Bridget M. Ahmann, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Ralph F. Valitutti, Jr., an attorney admitted to practice in the U.S. District Courts for the Eastern and Western Districts of Michigan, but not admitted to the bar of this court, who will be counsel for the Defendant Senco Products, Inc. in the cause listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

June 26, 2002
(Date)

Bridget Ahmann
(Signature)

Minnesota Attorney
License Number: 16611X

Law Firm: Faegre & Benson, LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Ralph F. Valitutti, Jr., am currently a member in good standing of the U.S. District Courts for the Eastern and Western Districts of Michigan, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-1459
Judge Assigned: Hon. Joan E. Lancaster/Hon. A.J. Boylan
Case Title: Donald (Chip) M. Palmateer, Jr. and Karen D. Palmateer, Husband and Wife, v. Senco Products, Inc.

'3 June 2002
(Date)

Ralph F. Valitutti, Jr.
(Type/Print Name)

[signature]
(Signature)

[redacted]
(~~Social Security No.~~)

P26128
(Atty. License No.)

May 1976
(Date of Admission)

Law Firm: Kitch Drutchas Wagner DeNardis & Valitutti PC
Suite/Bldg: ~~One Woodward Avenue~~ 337
Street Address: ~~Tenth Floor~~ 10 S. MAIN ST.
City, State Zip: ~~Detroit, MI 48226-3499~~ MT. CLEMENS, MI 48043
Telephone: ~~313-965-7900~~ 586-463-9770

Motion Granted; [signature]
For the Court, Richard D. Sletten, Clerk

JUN 27 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED JUN 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______