UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donald (Chip) M. Palmateer, Jr.
and Karen D. Palmateer, Husband and Wife,

Plaintiffs,

vs.

Senco Products, Inc., an
Ohio corporation,

Defendant.

Civil No. 01-1459 (JEL/JGL)

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**

---

The parties through their respective counsel of record hereby agree and stipulate to the entry of the proposed Second Amended Pretrial Scheduling Order, which is attached. Good cause for the new order exists for the following reasons:

1. That the parties discovered upon initial attempts to test the subject product that certain repairs had to be done in order to be in a position to perform testing on the subject product. A joint testing session was scheduled where the repairs were anticipated to be made. However, it was discovered by the parties that additional repairs were required that could only be made by the manufacturer at its factory site. Therefore, additional time for repair was needed and a second inspection needed to be scheduled in order to perform testing on the product in question.

2. That the parties attempted to work within the prior Scheduling Order so as to preserve the discovery deadline and the trial ready dates. However, despite their best efforts to complete this work, the parties require additional time to complete expert reports in this matter.

3. In addition, scheduling conflicts have arisen which preclude the completion of expert depositions within the previously-designated time. In particular, counsel for plaintiffs has been called to trial on another matter pending in Federal District Court in July that created conflicts both for the attempted date to depose the plaintiffs' expert as well as taking away the time period that would be available to depose the defense expert before the previously established deadlines.

FILED JUN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

4. That the parties agree and stipulate that the issues outlined above were outside their control and further stipulate and agree that they attempted to work within the framework of the prior Scheduling Order to the extent possible despite the unforeseen delays. Unfortunately, the parties cannot meet the deadlines previously set by the Court for the reasons stated above.

Therefore it is agreed and stipulated that the Second Amended Pretrial Scheduling Order may be entered by the Court and it is the parties' joint request that the Second Amended Pretrial Scheduling Order be adopted by the Court.

HARPER & PETERSON, P.L.L.C.

Dated: 6-26-02

Paul D. Peterson (ID #203919)
6043 Hudson Road
Suite 370
Woodbury, MN 55125
651-738-8539
Attorney for Plaintiff

FAEGRE & BENSON, LLLP

Dated: June 27, 2002

Bridget M. Ahmann (ID #016611X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-766-7000
Attorney for Senco Products, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donald (Chip) M. Palmateer, Jr.
and Karen D. Palmateer, Husband and Wife,

Plaintiffs,

vs.

Senco Products, Inc., an
Ohio corporation,

Defendant.

Civil No. 01-1459 (DSD/JMM)

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Discovery

| | |
|---|---|
| Completed - | All pre-discovery disclosures required by Rule 26(a)(1) have been completed. |
| November 1, 2001 - | All motions which seek to amend the pleadings or add parties must be served and filed. |
| February 1, 2002 - | All motions which seek to amend the pleadings to add punitive damages must be served and filed. |

Discovery/Nondispotiive Motions

| | |
|---|---|
| May 1, 2002 - | All Rule 35 medical examinations shall be completed. |

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| July 15, 2002 - | By Plaintiffs |
| October 1, 2002 - | By Defendant (Note: Defendant is to disclose the Rule 35 IME report as soon as it is available.) |
| December 1, 2002 - | All discovery of any kind shall be commenced in time to be completed by this date. |
| December 5, 2002 - | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Mary Lenner, Calendar Clerk to Magistrate Lebedoff, 612-664-5120 All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

| | |
|---|---|
| February 1, 2003 - | All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Mary Lenner, 612-664-5120. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E). |

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than April 1, 2003. The parties estimate that trial of this Jury matter will take 3-4 days.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose nor more than 7 experts.

Each party may call no more than 7 experts at trial.

Dated: June 28, 2002

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge