**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Donald (Chip) M. Palmateer, Jr. and Karen D. Palmateer, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>Senco Products, Inc.,<br><br>Defendant. | **CIVIL FILE NO. 01-1459 JEL/JGL**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, acting through their undersigned counsel, have resolved this matter and hereto stipulate and agree that the above-entitled matter may be dismissed with prejudice and on the merits, with each party to bear its own costs.

Date: 9/28, 2004

HARPER & PETERSON, P.L.L.P.

[signature]

Paul D. Peterson, MN. Atty. #203919
6043 Hudson Road, Suite 370
Woodbury, MN 55125
(651) 738-8669
Attorney for Plaintiffs

Date: Sept. 28, 2004

FAEGRE & BENSON LLP

Bridget M. Ahmann, MN. Atty. #016611X
Peter J. Goss, MN. Atty. #267910
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorneys for Senco Products, Inc.

OF COUNSEL:
Beth Schneider Naylor
Frost Brown Todd LLC
201 East Fifth Street
Cincinnati, OH 45202

SCANNED
OCT 13 2004
U.S. DISTRICT COURT MPLS

**ORDER**

Pursuant to the above Stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice and on the merits, with each side to bear its own costs.

Dated: October 12, 2004.

JOAN N. ERICKSEN, Judge
United States District Court